_____

No. 95-4258
_____

Traci Kurilla; Steven Bame;              *
Ann Berkes; Dennis Hogate;               *
Gladys Burgos; Barb Mertz;               *
Kathryn Carter; Paul Motzko;             *
Carl Cavallin; Vanessa Mueller;          *
Corrine Crider; Eric Osterberg;          *
Lynda Marie Gates; Starr Paz;            *
Julie Louise Retzer; Charles             *
Swanson; Patrick J. Tinjum;              *
Russell Sobieck; Michelle M.             *
Steady; Nancy Perchel; Gary              *
Jenson; Jeff Ohm; Leah                   *
Schwenke; Robert Brown, Jr.;             *  Appeal from the United States
Mike Shablo; Brian Swing,                *  District Court for the
                                         *  District of Minnesota.
        Appellants,                      *
                                         *       [UNPUBLISHED]
     v.                                  *
                                         *
Fred G. Anderson, Inc.;                  *
                                         *
        Defendant.                       *
                                         *
Diversified Business Credit,             *
Inc.,                                    *
                                         *
        Appellee.                        *
                                    _____

        Submitted:  October 25, 1996

           Filed:  November 29, 1996
                                    _____

Before BOWMAN, HEANEY, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
                                    _____

PER CURIAM.

        Traci Kurilla and the other appellants are former employees of Fred
G. Anderson, Inc., which ceased operations in February 1995.  Appellants
sued Anderson for their unpaid wages and obtained a default judgment.
Anderson has not appealed.

In their lawsuit, appellants also sought to recover their unpaid wages from Diversified Business Credit, Inc., Anderson's former lender. Appellants alleged (1) conversion, (2) violation of Minnesota's wage lien statute, and (3) excessive control and equitable subordination. The District Court[1] granted Diversified's motion to dismiss all of appellants' claims. Appellants appeal only the dismissal of their claim for excessive control and equitable subordination or equitable estoppel.

Having reviewed the case, we conclude that the District Court's decision is correct. No error of law appears, and an opinion by this Court on the questions of state law that the case presents would lack precedential value. We therefore affirm the decision of District Court on the basis of that court's well-reasoned opinion.

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

    Attest:

       CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.